IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ECR HOME CONCEPTS, LLC, a Texas Limited Liability Company; PROP & WINGS, LLC, a Tennessee Limited Liability Company; LANOGA INVESTMENT COMPANY, an Ohio Company; and INNOVATION BRANDS LLC, an Indiana Limited Liability Company, <br><br>Plaintiffs, <br><br>vs. <br><br>MDR UNITED, LLC, a Pennsylvania Limited Liability Company; JOSHUA HOFFMANN, an individual; BRANDON ZUREK, an individual; JOSH SKOLNICK, an individual; ANTHONY SPAGNOLA, an individual; and THOMAS T. RICKETTS, JR., an individual, <br>Defendants. | **8:25CV708** <br><br> **ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF INNOVATION BRANDS AND DEFENDANT THOMAS RICKETTS** |

This case is before the Court on the Plaintiff Innovation Brands' Notice of Voluntary Dismissal Without Prejudice. Filing 53. Innovation Brands gives notice of the voluntary dismissal of its claims in this action and that, because Defendant Thomas Ricketts was named in this action solely in connection with claim by Innovation Brands, all claims against Defendant Thomas Ricketts are likewise dismissed. Filing 53 at 1. Accordingly,

IT IS ORDERED that Plaintiff Innovation Brands' Notice of Voluntary Dismissal Without Prejudice, Filing 53, is accepted, and all claims by Plaintiff Innovation Brands and all claims against Defendant Thomas Ricketts are dismissed without prejudice.

Dated this 1st day of April, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

1